UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 8, 1984

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 84-0456 |
| v. | : U.S. Mag. No. 84-0694M-01,02(CR) |
| SASSAN NASSIRI-MOTLAGH<br>WILLIAM H. MARIN | : Violation: 21 U.S.C. § 841(a) |
| | : (Unlawful Possession With Intent<br>to Distribute a Controlled<br>: Substance) |

**JUNE L. GREEN, J.**

**D**

INDICTMENT

FILED IN OPEN COURT
NOV 29 1984
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges:

On or about November 3, 1984, within the District of Columbia, SASSAN NASSIRI-MOTLAGH AND WILLIAM H. MARIN did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of cocaine, a Schedule II narcotic drug controlled substance.

(Violation of Title 21, U.S. Code, Section 841(a))

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Foreperson

Joseph E. DiGenova/HJS
Attorney of the United States in
and for the District of Columbia

ORIGINAL