NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

    vs.                                             Criminal Number  1:84-cr-00456

Sassan Nassiri-Motlagh
    *(Defendant)*

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Carroll Virginia Crumbaugh Love
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Carroll Virginia Crumbaugh Love (477973)
*(Attorney & Bar ID Number)*
The Law Firm of Carroll Crumbaugh Love PLLC
*(Firm Name)*
400 7th Street NW, Ste. 206
*(Street Address)*
Washington, DC 20004
*(City)        (State)        (Zip)*
202-861-0076    cclove@cclovelaw.com
*(Telephone Number)*